IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| VS. | ) CR. NO. 1:17-10075-STA |
| LARRY JOE THOMPSON, | ) |
| Defendant. | ) |

---

**ORDER ON GUILTY PLEA
AND NOTICE OF SETTING**

---

This cause came to be heard on August 21, 2017, Assistant United States Attorney, Taylor Eskridge, appearing for the Government and the defendant, Larry Joe Thompson, appearing in person, and with counsel, C. Mark Donahoe.

The defendant entered a plea of guilty to Count 1 of the Information.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, DECEMBER 5, 2017 at 9:00 A.M., before Chief Judge S. Thomas Anderson.**

The defendant is remanded to the custody of the United States Marshals.

**ENTERED** this the 21st day of August, 2017.

s/ S. Thomas Anderson
CHIEF JUDGE, U. S. DISTRICT COURT